IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |  | |
|---|---|---|---|
| ROBERT GRADY JOHNSON, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Case No.  CIV-04-1602-L | |
| | ) | | |
| MIKE MULLEN, Warden, | ) | | |
| | ) | | |
| Respondent. | ) | | |

### **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on April 20, 2005. Petitioner, a state prisoner appearing through counsel, brings this action pursuant to 28 U.S.C. §2254 seeking a writ of habeas corpus.  Upon consideration of the impact of petitioner's prior habeas petitions, the Magistrate Judge concluded that the petition currently before the court is not a second or successive petition for purposes of 28 U.S.C. § 2244(b)(3)(A) and recommended that the matter be recommitted to the Magistrate Judge for additional proceedings on the merits.

The court file reflects that no party has filed a written objection to the Magistrate's Report and Recommendation within the time limit provided. Accordingly, and upon *de novo* review of the entire case file in this matter, the court finds that the Report and Recommendation of the Magistrate Judge should be and is hereby adopted in its entirety.  **The petition for writ of habeas corpus**

**currently before the court is not considered to be second or successive under 28 U.S.C. § 2244(b)(3)(A).  This matter is recommitted to the Magistrate Judge for further proceedings on the merits of the petition in accordance with the original order of referral.**

It is so ordered this 13th day of May, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge