IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT GRADY JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.  CIV-04-1602-L |
| | ) | |
| MIKE MULLIN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, a state prisoner appearing through counsel, brings this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his convictions on four counts of murder in the commission of robbery with a dangerous weapon, for which he was sentenced to life without parole on each count.  This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Doyle W. Argo on March 29, 2006.  The Magistrate Judge recommends that the petition be denied.

The record reflects that petitioner has filed written objections to the Report and Recommendation.  The court has carefully considered the petitioner's arguments, but determines that they are insufficient to justify overturning the conclusions of the Magistrate Judge in this matter.

Noting that petitioner's convictions now under challenge were affirmed in his appeal to the Oklahoma Court of Criminal Appeals ("OCCA"), the Magistrate

Judge properly found that habeas relief may be awarded only if the OCCA's adjudication of his claims was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States, or resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding.  See Report and Recommendation, p. 7, *citing* 28 U.S.C. § 2254(d)(1) & (2).  The Magistrate Judge thoroughly reviewed the procedural history of this case and carefully and correctly analyzed petitioner's thirteen claims for relief in light of the record.

In summary, having conducted a *de novo* review of the matter, the court finds that the Report and Recommendation should be adopted in its entirety. Therefore, the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus is **DENIED. This action is DISMISSED.**

It is so ordered this 28th day of June, 2006.

*Tim Leonard*
_____
TIM LEONARD
United States District Judge